UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:

ARTHUR SCHIFRIN, Individually,

    Plaintiff,

vs.

CHROMA GRAPHICS, INC.,
a Tennessee corporation,

    Defendant.
_____/

## COMPLAINT
(Preliminary and Permanent Injunctive Relief Demanded)

Plaintiff, ARTHUR SCHIFRIN, individually, (referred to herein as "Plaintiff"), through his undersigned attorneys, sues the Defendant, CHROMA GRAPHICS, INC., a Tennessee corporation, (referred to herein as "Defendant"), hereby presents his Complaint and alleges as follows:

### FIRST COUNT

1. Plaintiff is an individual and located and doing business at 2062 NE 155 Street, North Miami Beach, Florida 33162, in this Southern District of Florida.

2. Upon information and belief, Defendant is a corporation organized under and existing by virtue of one of the states of the USA, and is located and doing business at 971 Hillside Drive, Louisville, Tennessee 37777.

3. This cause of action is for patent infringement, and arises under the laws of the United States of America, more particularly, 35 U.S.C. 271(a).



4. Defendant has committed tortious acts within the County of Dade in the State of Florida, and elsewhere, and is subject to the jurisdiction of the courts of the State of Florida.

5. Jurisdiction and venue are proper in this court pursuant to 28 U.S.C. 1331, 28 U.S.C. 1338(a), 28 U.S.C. 1391 and 28 U.S.C. 1400(b).

6. On March 11, 2003, United States Design Letters Patent No. 471,508 was duly and legally issued to Plaintiff for an invention entitled MAGNETIC ORNAMENT.

7. Plaintiff is the owner of the entire right, title and interest in and to the United States Design Letters Patent No. 471,508.

8. The United States Design Letters Patent No. 471,508 is in full force and effect.

9. Attached hereto and made a part hereof as **Composite Exhibit A** is a true copy of the United States Design Letters Patent No. 471,508.

10. Attached hereto and made a part hereof as **Exhibit B** is a true copy of, upon information and belief, the package and magnetic ornament being publically distributed by Defendant in Florida and elsewhere.

11. Defendant has for some time past and still is infringing the United States Design Letters Patent No. 471,508 by making, using, advertising, offering to sell and/or selling magnetic ornaments embodying the patented invention.

12. Plaintiff has given written notice to Defendant of the infringement of the United States Design Letters Patent No. 471,508.

13. Upon information and belief, Defendant willfully, and with full knowledge of Plaintiff's patent rights, have made, used, advertised, offered to sell and sold magnetic ornaments embodying the patented invention.

## SECOND COUNT

14. This cause of action is for inducing patent infringement, and arises under the laws of the United States of America, more particularly, 35 U.S.C. 271(b).

15. Plaintiff repeats and realleges each and every one of the allegations in Paragraphs 1-13 herein.

16. Defendant is actively inducing infringement of the patent in suit.

## THIRD COUNT

17. This claim is for unfair competition.

18. Plaintiff repeats and realleges each and every one of the allegations in Paragraphs 1- 13 and 16 herein.

19. Jurisdiction and venue are proper under 28 U.S.C. 1338(b), 28 U.S.C. 1391(b) and 28 U.S.C. 1391(c).

20. The aforesaid act of Defendant constitute unfair competition directly against Plaintiff and due to which Plaintiff has been substantially and irreparably damaged.

**WHEREFORE**, Plaintiff demands the court order that:

A. Defendant be permanently enjoined, and preliminarily enjoined during the pendency of this action, from making, using, advertising, offering to sell and selling magnetic ornaments that embody the patented invention and/or come within the scope of the claim of the United States Design Letters Patent No. 471,508;

B. Defendant be permanently enjoined, and preliminarily enjoined during the pendency of this action, from inducing infringement of the United States Design Letters Patent No. 471,508.

C. Defendant pay to the Plaintiff damages adequate to compensate for said patent infringement and inducement of patent infringement;

D. Defendant pay to the Plaintiff its total profit for magnetic ornaments that embody the patented invention and/or come within the scope of the claim of the United States Design Letters Patent No. 471,508, pursuant to 35 U.S.C. 289;

E. Defendant pay three times the amount of damages by reason of its intentional infringement of the United States Design Letters Patent No. 471,508, or, in the alternative, $100,000 as punitive damages;

F. Defendant pay to Plaintiff its attorneys' fees in connection with this litigation; and

G. Such other and different relief as the Court may deem just and proper under the circumstances.

Respectfully submitted,                                   Respectfully submitted,

FISHER LAWRENCE & MALOVE, P.A.              LILLING & LILLING P.C.

_____                               _____, FOR
Mark T. Guariglia, Esquire                                  Bruce E. Lilling, Esq. BL-1124
Florida Bar No.: 285500                                      Jacqueline Zion, Esq. JZ-9194
1125 NE 125th Street, Suite 201                         7-11 South Broadway
North Miami, Florida 33161                                White Plains, NY 10601
Tel: (305) 899-1942                                             Tel: (914) 684-0600
Fax: (305) 899-5013                                            Fax: (914) 684-0304
Local Counsel for Plaintiff                                   Trial Counsel for Plaintiff

Dated: 5/28/03                                                     Dated: 5/28/03

US00D471508S

(12) **United States Design Patent**  (10) Patent No.: **US D471,508 S**
Schifrin  (45) Date of Patent: ** Mar. 11, 2003

(54) **MAGNETIC ORNAMENT**

(76) Inventor: **Arthur Schifrin**, 1800 NE. 114th St., Miami, FL (US) 33181

(**) Term: **14 Years**

(21) Appl. No.: **29/161,350**

(22) Filed: **May 29, 2002**

(51) LOC (7) Cl. ............................. 12-16
(52) U.S. Cl. ............................. D12/400
(58) Field of Search .................. D12/400, 117; D11/133, 157; D21/811, 812, 398; D20/11, 23; 472/57, 67–70, 81; D8/373; 428/15, 98–99; 446/491

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D373,303 S | * | 9/1996 | Bailey ..................... D8/373 |
| D388,832 S | * | 1/1998 | Stiemert .................. D20/11 |
| D439,214 S | * | 3/2001 | Cockerham et al. ..... D12/400 |
| 6,241,620 B1 | * | 6/2001 | Santa Cruz et al. ..... 472/69 |
| D451,048 S | * | 11/2001 | Adams .................... D11/133 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Lilling & Lilling PC

(57) **CLAIM**

The ornamental design for a magnetic ornament, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a magnetic ornament showing my new design;
FIG. 2 is a top view thereof;
FIG. 3 is a side view thereof; and,
FIG. 4 is a bottom view thereof.

**1 Claim, 1 Drawing Sheet**



PLAINTIFF'S EXHIBIT A





PLAINTIFF'S EXHIBIT B

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

03-21482

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
Arthur Schifrin, Individually

**DEFENDANTS**
Chroma Graphics Inc., a Tennessee Corporation
CIV-GOLD
Blount, TN
MAGISTRATE JUDGE
SIMONTON

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Dade, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Blount, TN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Dade  03CV21482/ASG/Simonton

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Mark J. Guariglia, Esq.
(305) 899-5072
1125 NE 125th St.
Suite 201
N. Miami, FL 33161

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury – Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 660 Occupational Safety/Health | ☒ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

35 U.S.C 271(a)+(b)   Patent Infringement

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**  CHECK IF THIS IS A **CLASS ACTION**  ☐ UNDER F.R.C.P 23

DEMAND $ Punitive

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY

JUDGE _____  DOCKET NUMBER _____

DATE: 5/28/03

SIGNATURE OF ATTORNEY OF RECORD: Mark J Guariglia

**FOR OFFICE USE ONLY**

RECEIPT # 88310  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO 120 (Rev. 2/99)

| COMMISSIONER OF PATENTS & TRADEMARKS<br>2121 CRYSTAL DRIVE<br>SUITE 1100<br>ARLINGTON, VA 22201 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Southern District of Florida____ on the following ☐ Patents or  X  Trademarks:

| DOCKET NO.<br>03-21482-CIV-GOLD | DATE FILED<br>5/29/03 | U.S. DISTRICT COURT<br>Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>Arthur Schifrin | | DEFENDANT<br>Chroma Graphics, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See Attached | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>Hannah Dyer | DATE<br>5/30/03 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Commissioner   **Copy 3**—Upon termination of action, mail this copy to Commissioner
**Copy 2**—Upon filing document adding patent(s), mail this copy to Commissioner   **Copy 4**—Case file copy

-LHS