UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 03-CIV-21482-GOLD/SIMONTON

**CLOSED CIVIL CASE**

ARTHUR SCHIFRIN, Individually,

    Chroma,

vs.

CHROMA GRAPHICS, INC.,
A Tennessee corporation,

    Defendant.

FILED by _____ D.C.

DEC 2 2 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

_____

CHROMA GRAPHICS, INC.,
A Tennessee corporation,

    Counter-claimant,

vs.

Arthur Schifrin, Individually,

    Counter-Defendant.
_____/

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, plaintiff Arthur Schifrin ("Schifrin") hereby voluntarily dismisses with prejudice all claims asserted in this action against defendant Chroma Graphics, Inc. ("Chroma"), and Chroma hereby voluntarily dismisses with prejudice all counterclaims asserted against Schifrin.

Each party shall bear their own attorneys' fees and costs associated with this matter.

Arthur Schifrin                    Chroma Graphics, Inc.

By: _____    By: _____

Name: Arthur Schifrin   Name: MATT BROWN

                        Title: PRESIDENT


Approved as to form and content:

Lilling & Lilling P.C.                Jackson Law Corporation

By: _____    By: _____
    Bruce E. Lilling                     Harold L. Jackson
    7-11 South Broadway, Ste. 401        14751 Plaza Dr., Ste. N
    White Plains, NY 10601               Tustin, CA 92780
    Attorney for Plaintiff               Attorney for Defendant


## ORDER

It is ordered that this action is dismissed with prejudice.

Date: 10/19/03                    _____
                                   U.S. District Court Judge